# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ROBERT CRAWFORD, | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | §  Case No. 2:15-cv-1710-JRG-RSP |
| | § |
| HN LOGISTICS, LLC, | § |
| | § |
| Defendants. | § |

## ORDER GRANTING PLAINTIFF'S NOTICE OF DISMISSAL

ON THIS DAY came on to be considered Plaintiff's Notice of Dismissal. The Court after considering the Motion is of the opinion that same should be GRANTED.

IT IS THEREFORE, ORDERED that the above action against be and it is hereby dismissed as to the defendant with all costs herein incurred be bore by the party incurring the same.

SIGNED this 14th day of June, 2016.

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE